UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CHRISTOPHER LACCINOLE**
*Plaintiff*

CA. NO.: 1:21-cv-00240-JJM-LDA

**Vs.**

**International Union of Police Associations
AFL-CIO
&
DOES 1-10, inclusive**
*Defendants*

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Christopher Laccinole hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on October 26, 2022, granting summary judgment for Defendant International Union of Police Associations AFL-CIO, and from any other previous orders relating to the entry of judgment.

Dated: November 22, 2022

Respectfully submitted,

The Plaintiff,
Christopher Laccinole, *pro se*

Christopher M. Laccinole
23 Othmar St.
Narragansett, RI 02882
chrislaccinole@gmail.com

RECEIVED
NOV 22 2022
U.S. DISTRICT COURT
DISTRICT OF R.I.

1

## CERTIFICATE OF SERVICE

  The Plaintiff certifies that on November 22, 2022, he mailed a copy of the foregoing notice via certified mail, return receipt requested to Defense Counsel for Defendant: Brian Newberry of Lewis Brisbois LLP at One Citizens Plaza, Suite 1120, Providence, RI 02903.

            The Plaintiff,
            Christopher Laccinole, *pro se*

            Christopher M. Laccinole
            23 Othmar St.
            Narragansett, RI 02882
            chrislaccinole@gmail.com