# United States Court of Appeals
## For the First Circuit

No. 22-1912

CHRISTOPHER M. LACCINOLE,

Plaintiff - Appellant,

v.

INTERNATIONAL UNION OF POLICE ASSOCIATIONS  AFL-CIO,

Defendant - Appellee.

**JUDGMENT**

Entered: May 9, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Vincent A. Indeglia
Christopher M. Laccinole
Brian C. Newberry
Daniel J. Treuden